IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOGITECH INC.,

    Plaintiff,

  v.

o9 SOLUTIONS, INC.,

    Defendant.
                                    /

No. C 15-3619 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY JAMIL N. ALIBHAI**

      The *pro hac vice* application of Attorney Jamil N. Alibhai (Dkt. No. 21) is **DENIED** for failing to comply with Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States *Court* or of *the highest court* of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

      **IT IS SO ORDERED.**

Dated: September 17, 2015.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE