Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOGITECH INC.,

Plaintiff(s),

v.

o9 SOLUTIONS, INC.,

Defendant(s).

Case No: 3:15-cv-03619

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)

I, Maeghan E. Whitehead, an active member in good standing of the bar of Supreme Court of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: o9 SOLUTIONS, INC. in the above-entitled action. My local co-counsel in this case is John van Loben Sels, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Munck Wilson Mandala, LLP<br>12770 Coit Road, Suite 600, Dallas, Texas 75251 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Fish & Tsang LLP<br>333 Twin Dolphin Drive, Suite 220, Redwood City, CA 94065 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>972.628.3600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>949.943.8300 |
| MY EMAIL ADDRESS OF RECORD:<br>mwhitehead@munckwilson.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jvanlobensels@fishiplaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24075270.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2015

APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Maeghan E. Whitehead is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: September 21, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012