IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGITECH, INC., | No. C 15-03619 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| o9 SOLUTIONS, INC., | |
| Defendant. | |

An order stayed this action pending resolution of plaintiff Logitech, Inc.'s motion to transfer venue in the action pending in the Northern District of Texas, which defendant o9 Solutions, Inc., filed before Logitech filed this action. Judge Ed Kinkeade denied Logitech's motion. As the order in this case noted, all of Logitech's claims herein are asserted as counterclaims in o9's earlier-filed action. Accordingly, this action is hereby **DISMISSED** without prejudice. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE